

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

October 22, 2025

**BY EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: ***United States v. Lichtenstein*, 25 Cr. 491**

Dear Judge Krause:

  The Government respectfully requests that the Indictment and Arrest Warrant issued in the above-referenced case be unsealed, and that the Court notify the undersigned upon unsealing. The defendant was arrested this morning in Manhattan, New York, and is currently in the courthouse awaiting presentment.

  Thank you for your consideration of this matter.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney
        for the Southern District of New York

    By: _____
      Reyhan Watson
      Assistant United States Attorney
      (914) 993-1965
      Reyhan.Watson@usdoj.gov

APPLICATION GRANTED.

Dated: October 22, 2025

SO ORDERED.

*[signature]*

ANDREW E. KRAUSE
United States Magistrate Judge