# YurowitzLaw PLLC

STEVEN Y. YUROWITZ

~

WILLIAM J. DOBIE
NAFTALI T. RABINOVICH

May 28, 2026

**By ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Solomon Lichtenstein*
No. 25 Cr. 491 (KMK)

Dear Judge Karas:

This firm represents Solomon Lichtenstein, the defendant in the above-referenced matter. I am writing to request an additional two-week extension within which to submit objections to the PSR. Counsel has been working with the government to obtain and review additional financial records to insure accuracy of certain representations and allegations made in the PSR, which may affect potential objections or proposed corrections to be made to the report. I have communicated with AUSA John Sarlitto and the government has no objection to this request.

Accordingly, we respectfully request that defendant's time to submit objections be extended until Thursday, June 11, 2026.

Granted.

So Ordered.

5/28/26

Very truly yours,

Steven Y. Yurowitz

cc: AUSA John Sarlitto (by ECF)
USPO Deanna M. Paige (by email)

950 Third Avenue ~ New York, New York ~ 10022 ~ Tel. 212.308.7902 ~ Fax 646.568.9664