# YurowitzLaw PLLC

STEVEN Y. YUROWITZ

~

WILLIAM J. DOBIE
NAFTALI T. RABINOVICH

June 11, 2026

**By ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Solomon Lichtenstein*
No. 25 Cr. 491 (KMK)

Dear Judge Karas:

This firm represents Solomon Lichtenstein, the defendant in the above-referenced matter. I am writing to request a final one-week extension within which to submit objections to the PSR. Counsel has obtained additional information from the government in regard to certain representations and allegations made in the PSR. Unfortunately, due to a family medical emergency and a substantial elder care issue, counsel has been unable to finalize his objections. I have communicated with AUSA John Sarlitto and the government has no objection to this request.

Accordingly, we respectfully request that defendant's time to submit objections be extended until Thursday, June 18, 2026.

Granted.

So Ordered.

6/12/26

Very truly yours,

Steven Y. Yurowitz

cc:  AUSA John Sarlitto (by ECF)
USPO Deanna M. Paige (by email)

950 Third Avenue ~ New York, New York ~ 10022 ~ Tel. 212.308.7902 ~ Fax 646.568.9664